UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**JASON HILL**,                                            Case No. 3:13-CV-00745-KI

        Plaintiff,                                JUDGMENT

    v.

**BANK OF AMERICA, N.A.**,

        Defendant.


    Sandy N. Webb
    Law Offices of Sandy N. Webb, PC
    0224 SW Hamilton St., Ste 202
    Portland, OR 97239

        Attorney for Plaintiff


    Pilar C. French
    Brian T. Kiolbasa
    Lane Powell PC

Page 1 - JUDGMENT

601 SW Second Ave., Ste 2100
Portland, OR 97204

Attorneys for Defendant

KING, Judge:

Based on the record, this case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this    27th    day of August, 2013.

    /s/ Garr M. King
Garr M. King
United States District Judge